U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

SEP 2 6 2014

CHRIS R. JOHNSON, Clerk
By

Deputy Clerk

Eddie B. Robinson, as Administrator for The Estate of
Willie Robinson, Sr., deceased

PLAINTIFF

v.                    CASE NO.: ____14 - 1051____

EOR-ARK, LLC; VAJ LLC; Senior Living Communities of
Arkansas, LLC; SLC Operations Holdings, LLC; SLC Operations,
LLC; Pine Hills Holdings, LLC; Pine Hills Health and
Rehabilitation, LLC, d/b/a Pine Hills Health and Rehabilitation;
SLC Operations Master Tenant, LLC; SLC Properties, LLC; SLC
Property Holdings, LLC; SLC Property Investors, LLC; Arkansas
Nursing Home Acquisition, LLC; CSCV Holdings, LLC; Capital
Funding Group, Inc.; Capital Funding, LLC; Capital Finance, LLC;
Capital SeniorCare Ventures, LLC; ADDIT, LLC; SLC
Professionals of Arkansas, LLC, n/k/a SLC Professionals, LLC;
Senior Vantage Point, LLC; 900 Magnolia Road SW, LLC; Quality
Review, LLC; Arkansas SNF Operations Acquisition, LLC; SLC
Professionals Holdings, LLC; SLC Administrative Services of
Arkansas, LLC; and John Dwyer

DEFENDANTS

## NOTICE OF REMOVAL

Together the Defendants, EOR-ARK, LLC; VAJ LLC; Senior Living Communities of

Arkansas, LLC; SLC Operations Holdings, LLC; SLC Operations, LLC; Pine Hills Holdings,

LLC; Pine Hills Health and Rehabilitation, LLC, d/b/a Pine Hills Health and Rehabilitation; SLC

Operations Master Tenant, LLC; SLC Properties, LLC; SLC Property Holdings, LLC; SLC

Property Investors, LLC; Arkansas Nursing Home Acquisition, LLC; CSCV Holdings, LLC;

Capital Funding Group, Inc.; Capital Funding, LLC; Capital Finance, LLC; Capital SeniorCare

Ventures, LLC; ADDIT, LLC; SLC Professionals of Arkansas, LLC, n/k/a SLC Professionals,

LLC; Senior Vantage Point, LLC; 900 Magnolia Road SW, LLC; Quality Review, LLC;

Arkansas SNF Operations Acquisition, LLC; SLC Professionals Holdings, LLC; SLC

Administrative Services of Arkansas, LLC; and John Dwyer (collectively, the "Defendants"),

give notice of the removal of this action from the Circuit Court of Ouachita County, Arkansas to the United States District Court for the Western District of Arkansas, El Dorado Division. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as demonstrated by the following:

1. The Plaintiff filed a Complaint on October 2, 2013, in the Circuit Court of Ouachita County, Arkansas, Sixth Division, case number CV-2013-200-6, styled *Eddie B. Robinson, as Administrator for the Estate of Willie Robinson, Sr., deceased v. EOR-ARK, LLC; VAJ LLC; Senior Living Communities of Arkansas, LLC; SLC Operations Holdings, LLC; SLC Operations, LLC; Pine Hills Holdings, LLC; Pine Hills Health and Rehabilitation, LLC, d/b/a Pine Hills Health and Rehabilitation; SLC Operations Master Tenant, LLC; SLC Properties, LLC; SLC Property Holdings, LLC; SLC Property Investors, LLC; Arkansas Nursing Home Acquisition, LLC; CSCV Holdings, LLC; Capital Funding Group, Inc.; Capital Funding, LLC; Capital Finance, LLC; Capital SeniorCare Ventures, LLC; ADDIT, LLC; SLC Professionals of Arkansas, LLC, n/k/a SLC Professionals, LLC; Senior Vantage Point, LLC; 900 Magnolia Road SW, LLC; Quality Review, LLC; Arkansas SNF Operations Acquisition, LLC; SLC Professionals Holdings, LLC; SLC Administrative Services of Arkansas, LLC; John Dwyer; and Michael G. Hunter, Administrator* (herein the "Removed Action"). The Complaint is attached hereto as Exhibit B.

2. The Complaint was filed by Eddie B. Robinson, as the Administrator for the Estate of Willie Robinson, Sr., and seeks damages based on alleged injuries to Willie Robinson, Sr., who was a resident at the long-term care facility operated by Defendant Pine Hills Health and Rehabilitation, LLC d/b/a Pine Hills Health and Rehabilitation. Willie Robinson Sr. was a citizen of Arkansas, and therefore the Plaintiff, as the Administrator of the Estate of Willie

2

Robinson, Sr., is also a citizen of Arkansas for purposes of diversity jurisdiction. *See* 28 U.S.C.
§ 1332(c)(2).

3.    This case "has become removable" within the meaning of 28 U.S.C. § 1446(b)(3),
and this Court therefore has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a),
because the Plaintiff voluntarily dismissed the only non-diverse defendant. When the Complaint
was originally filed on October 2, 2013, the Complaint included a named defendant—Michael G.
Hunter—who was a citizen of Arkansas, which meant that diversity jurisdiction did not exist at
the time the Complaint was filed. Exhibit B (Complaint), ¶34. The Plaintiff subsequently filed a
Notice of Voluntary Dismissal as to Michael Hunter, which was then signed by the Honorable
David Guthrie and was entered on the state court docket on September 4, 2014, thus becoming
effective on that date. Exhibit C (Order for Voluntary Dismissal as to Michael Hunter); *see also*
ARK. R. CIV. P. 41(a)(1) (voluntary dismissal by the plaintiff is a matter of right, but "it is
effective only upon entry of a court order dismissing the action.").

4.    Now that the only non-diverse defendant has been voluntarily dismissed by the
Plaintiff, there is complete diversity between the parties: the Plaintiff is a citizen of Arkansas, but
(as established below) none of the remaining Defendants is a citizen of Arkansas, nor were the
remaining Defendants citizens of Arkansas when the Complaint was filed on October 2, 2013.
In other words, this lawsuit "has become removable" within the meaning of 28 U.S.C.
§ 1446(b)(3), and the Defendants have properly and timely invoked this Court's jurisdiction by
filing this Notice of Removal within 30 days of the date that this case became removable (and
within one year of the date the Complaint was filed). *See* 28 U.S.C. § 1446(b)(3) ("if the case
stated by the initial pleading is not removable, a notice of removal may be filed within 30 days of
receipt by the defendant, through service or otherwise, of a copy of an amended pleading,

motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.").

5.    None of the Defendants was a citizen of Arkansas when the Complaint was filed on October 2, 2013, and none of the Defendants is a citizen of Arkansas today.  The citizenship of the Defendants is as follows:[1]

> a.  Defendant EOR-ARK, LLC was a single-member LLC whose sole member was Arkansas SNF Operations Acquisition, LLC.    Arkansas SNF Operations Acquisition, LLC has two members, Arkansas Nursing Home Acquisition, LLC and CSCV Holdings, LLC.  Arkansas Nursing Home Acquisition, LLC is a single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia.  CSCV Holdings, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds.  Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland.  Brian Reynolds is a citizen of Maryland.    Thus, EOR-ARK, LLC was a citizen of Virginia and Maryland for purposes of diversity jurisdiction.  *See OnePoint Solutions, LLC v. Borchert*, 486 F.3d 342, 346 (8th Cir. 2007) ("An LLC's citizenship, for purposes of diversity jurisdiction, is the citizenship of each of its members."); *see also* 28 U.S.C. § 1332(c)(1).  EOR-ARK, LLC has been dissolved.
>
> b.  Defendant VAJ LLC was a single-member LLC whose sole member was Arkansas SNF Operations Acquisition, LLC.    Arkansas SNF Operations Acquisition, LLC has two members, Arkansas Nursing Home Acquisition, LLC and CSCV Holdings, LLC.  Arkansas Nursing Home Acquisition, LLC is a

---

[1]  Unless otherwise specified, the information specified in paragraphs 5(a)-(z) is accurate both as of the date the Complaint was filed (October 2, 2013) and also as of the date of this Notice of Removal.

4

single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia. CSCV Holdings, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds. Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland. Brian Reynolds is a citizen of Maryland. Thus, VAJ LLC was a citizen of Virginia and Maryland for purposes of diversity jurisdiction. *See OnePoint Solutions*, 486 F.3d at 346; *see also* 28 U.S.C. § 1332(c)(1). VAJ LLC has been dissolved.

c. Defendant Senior Living Communities of Arkansas, LLC was a single-member LLC whose sole member was Arkansas SNF Operations Acquisition, LLC. Arkansas SNF Operations Acquisition, LLC has two members, Arkansas Nursing Home Acquisition, LLC and CSCV Holdings, LLC. Arkansas Nursing Home Acquisition, LLC is a single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia. CSCV Holdings, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds. Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland. Brian Reynolds is a citizen of Maryland. Thus, Senior Living Communities of Arkansas, LLC was a citizen of Virginia and Maryland for purposes of diversity jurisdiction. *See OnePoint Solutions*, 486 F.3d at 346; *see also* 28 U.S.C. § 1332(c)(1). Senior Living Communities of Arkansas, LLC has been dissolved.

d. Defendant SLC Operations Holdings, LLC was a single-member LLC whose sole member was Arkansas SNF Operations Acquisition, LLC. Arkansas SNF Operations Acquisition, LLC has two members, Arkansas Nursing Home Acquisition, LLC and CSCV Holdings, LLC. Arkansas Nursing Home

Acquisition, LLC is a single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia. CSCV Holdings, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds. Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland. Brian Reynolds is a citizen of Maryland. Thus, SLC Operations Holdings, LLC was a citizen of Virginia and Maryland for purposes of diversity jurisdiction. *See OnePoint Solutions*, 486 F.3d at 346; *see also* 28 U.S.C. § 1332(c)(1). SLC Operations Holdings, LLC has been dissolved.

e.  Defendant SLC Operations, LLC was a single-member LLC whose sole member was Arkansas SNF Operations Acquisition, LLC. Arkansas SNF Operations Acquisition, LLC has two members, Arkansas Nursing Home Acquisition, LLC and CSCV Holdings, LLC. Arkansas Nursing Home Acquisition, LLC is a single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia. CSCV Holdings, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds. Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland. Brian Reynolds is a citizen of Maryland. Thus, SLC Operations, LLC was a citizen of Virginia and Maryland for purposes of diversity jurisdiction. *See OnePoint Solutions*, 486 F.3d at 346; *see also* 28 U.S.C. § 1332(c)(1). SLC Operations, LLC has been dissolved.

f.  Defendant Pine Hills Holdings, LLC was a single-member LLC whose sole member was Arkansas SNF Operations Acquisition, LLC. Arkansas SNF Operations Acquisition, LLC has two members, Arkansas Nursing Home

Acquisition, LLC and CSCV Holdings, LLC.    Arkansas Nursing Home Acquisition, LLC is a single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia.  CSCV Holdings, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds.  Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland.  Brian Reynolds is a citizen of Maryland.  Thus, Pine Hills Holdings, LLC was a citizen of Virginia and Maryland for purposes of diversity jurisdiction.  *See OnePoint Solutions*, 486 F.3d at 346; *see also* 28 U.S.C. § 1332(c)(1).  Pine Hills Holdings, LLC has been dissolved.

g.  Defendant Pine Hills Health and Rehabilitation, LLC, d/b/a Pine Hills Health and Rehabilitation is a single-member LLC whose sole member is Arkansas SNF Operations Acquisition, LLC.  Arkansas SNF Operations Acquisition, LLC has two members, Arkansas Nursing Home Acquisition, LLC and CSCV Holdings, LLC.  Arkansas Nursing Home Acquisition, LLC is a single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia.  CSCV Holdings, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds.  Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland.  Brian Reynolds is a citizen of Maryland.  Thus, Pine Hills Health and Rehabilitation, LLC, d/b/a Pine Hills Health and Rehabilitation is a citizen of Virginia and Maryland for purposes of diversity jurisdiction.  *See OnePoint Solutions*, 486 F.3d at 346; *see also* 28 U.S.C. § 1332(c)(1).

7

h.  Defendant SLC Operations Master Tenant, LLC is a single-member LLC whose sole member is Arkansas SNF Operations Acquisition, LLC. Arkansas SNF Operations Acquisition, LLC has two members, Arkansas Nursing Home Acquisition, LLC and CSCV Holdings, LLC. Arkansas Nursing Home Acquisition, LLC is a single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia. CSCV Holdings, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds. Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland. Brian Reynolds is a citizen of Maryland. Thus, SLC Operations Master Tenant, LLC is a citizen of Virginia and Maryland for purposes of diversity jurisdiction. *See OnePoint Solutions*, 486 F.3d at 346; *see also* 28 U.S.C. § 1332(c)(1).

i.  Defendant SLC Properties, LLC was a single-member LLC whose sole member was SLC Property Holdings, LLC. SLC Property Holdings, LLC was a single-member LLC whose sole member was SLC Property Investors, LLC. SLC Property Investors, LLC was a single-member LLC whose sole member was Arkansas SNF Operations Acquisition, LLC. Arkansas SNF Operations Acquisition, LLC has two members, Arkansas Nursing Home Acquisition, LLC and CSCV Holdings, LLC. Arkansas Nursing Home Acquisition, LLC is a single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia. CSCV Holdings, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds. Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland. Brian Reynolds is a citizen of Maryland. Thus, SLC Properties, LLC was a citizen of Virginia and

8

Maryland for purposes of diversity jurisdiction. *See OnePoint Solutions*, 486 F.3d at 346; *see also* 28 U.S.C. § 1332(c)(1). SLC Properties, LLC, SLC Property Holdings, LLC, and SLC Property Investors, LLC have all been dissolved.

j.  Defendant SLC Property Holdings, LLC was a single-member LLC whose sole member was SLC Property Investors, LLC. SLC Property Investors, LLC was a single-member LLC whose sole member was Arkansas SNF Operations Acquisition, LLC. Arkansas SNF Operations Acquisition, LLC has two members, Arkansas Nursing Home Acquisition, LLC and CSCV Holdings, LLC. Arkansas Nursing Home Acquisition, LLC is a single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia. CSCV Holdings, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds. Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland. Brian Reynolds is a citizen of Maryland. Thus, SLC Property Holdings, LLC was a citizen of Virginia and Maryland for purposes of diversity jurisdiction. *See OnePoint Solutions*, 486 F.3d at 346; *see also* 28 U.S.C. § 1332(c)(1). SLC Property Holdings, LLC and SLC Property Investors, LLC have both been dissolved.

k.  Defendant SLC Property Investors, LLC was a single-member LLC whose sole member was Arkansas SNF Operations Acquisition, LLC. Arkansas SNF Operations Acquisition, LLC has two members, Arkansas Nursing Home Acquisition, LLC and CSCV Holdings, LLC. Arkansas Nursing Home Acquisition, LLC is a single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia. CSCV Holdings, LLC has two members,

9

Capital Funding Group, Inc. and Brian Reynolds. Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland. Brian Reynolds is a citizen of Maryland. Thus, SLC Property Investors, LLC was a citizen of Virginia and Maryland for purposes of diversity jurisdiction. *See OnePoint Solutions*, 486 F.3d at 346; *see also* 28 U.S.C. § 1332(c)(1). SLC Property Investors, LLC has been dissolved.

l. Defendant Arkansas Nursing Home Acquisition, LLC is a single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia. Thus, Arkansas Nursing Home Acquisition, LLC is a citizen of Virginia for purposes of diversity jurisdiction. *See OnePoint Solutions*, 486 F.3d at 346.

m. Defendant CSCV Holdings, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds. Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland. Brian Reynolds is a citizen of Maryland. Thus, CSCV Holdings, LLC is a citizen of Maryland for purposes of diversity jurisdiction. *See OnePoint Solutions*, 486 F.3d at 346; 28 U.S.C. §1332(c)(1).

n. Defendant Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland. Thus, Capital Funding Group, Inc. is a citizen of Maryland for purposes of diversity jurisdiction. *See* 28 U.S.C. § 1332(c)(1).

o. Defendant Capital Funding, LLC is a single-member LLC whose sole member is CFG Community Bank, Inc. CFG Community Bank, Inc. is a Maryland corporation with its principal place of business in Maryland. Thus, Capital

4848-7029-7373.1

Funding, LLC is a citizen of Maryland for purposes of diversity jurisdiction. *See OnePoint Solutions*, 486 F.3d at 346; 28 U.S.C. § 1332(c)(1).

p. Defendant Capital Finance, LLC is a single-member LLC whose sole member is CFG Community Bank, Inc. CFG Community Bank, Inc. is a Maryland corporation with its principal place of business in Maryland. Thus, Capital Finance, LLC is a citizen of Maryland for purposes of diversity jurisdiction. *See OnePoint Solutions*, 486 F.3d at 346; 28 U.S.C. § 1332(c)(1).

q. When the Complaint was filed on October 2, 2013, Defendant Capital SeniorCare Ventures, LLC was a single-member LLC whose sole member was Capital Funding Group, Inc. Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland. As of the date of this Notice of Removal, Defendant Capital SeniorCare Ventures, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds. Mr. Reynolds is a citizen of Maryland. Thus, as of the date the Complaint was filed and as of the date of this Notice of Removal, Capital SeniorCare Ventures, LLC was and is a citizen of Maryland for purposes of diversity jurisdiction. *See OnePoint Solutions*, 486 F.3d at 346; 28 U.S.C. § 1332(c)(1).

r. Defendant ADDIT, LLC is a single-member LLC whose sole member is SLC Professionals Holdings, LLC. SLC Professionals Holdings, LLC has two members, CSCV Consulting, LLC and Arkansas Nursing Home Acquisition, LLC. CSCV Consulting, LLC is a single-member LLC whose sole member is CSCV Holdings, LLC. CSCV Holdings, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds. Capital Funding Group, Inc. is a Maryland

corporation with its principal place of business in Maryland. Brian Reynolds is a citizen of Maryland. Arkansas Nursing Home Acquisition, LLC is a single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia. Thus, ADDIT, LLC is a citizen of Maryland and Virginia for purposes of diversity jurisdiction. *OnePoint Solutions*, 486 F.3d at 346; 28 U.S.C. § 1332(c)(1).

s. Defendant SLC Professionals of Arkansas, LLC, n/k/a SLC Professionals, LLC is a single-member LLC whose sole member is SLC Professionals Holdings, LLC. SLC Professionals Holdings, LLC has two members, CSCV Consulting, LLC and Arkansas Nursing Home Acquisition, LLC. CSCV Consulting, LLC is a single-member LLC whose sole member is CSCV Holdings, LLC. CSCV Holdings, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds. Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland. Brian Reynolds is a citizen of Maryland. Arkansas Nursing Home Acquisition, LLC is a single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia. Thus, SLC Professionals of Arkansas, LLC, n/k/a SLC Professionals, LLC is a citizen of Maryland and Virginia for purposes of diversity jurisdiction. *OnePoint Solutions*, 486 F.3d at 346; 28 U.S.C. § 1332(c)(1).

t. Defendant Senior Vantage Point, LLC was an LLC with three members: Jerry Kemper, William F. Smith, and Christopher Cook. Jerry Kemper is a citizen of Indiana. William F. Smith is a citizen of Texas. Christopher Cook is a citizen of

Indiana. Thus, Senior Vantage Point, LLC was a citizen of Texas and Indiana for purposes of diversity jurisdiction. Senior Vantage Point, LLC has been dissolved.

u. Defendant 900 Magnolia Road SW, LLC is a single-member LLC whose sole member is OHI Asset HUD CFG, LLC. OHI Asset HUD CFG, LLC is a single-member LLC whose sole member is Omega Healthcare Investor, Inc. Omega Healthcare Investor, Inc. is a Maryland corporation with its principal place of business in Maryland. Thus, 900 Magnolia Road SW, LLC is a citizen of Maryland for purposes of diversity jurisdiction. *OnePoint Solutions*, 486 F.3d at 346; 28 U.S.C. § 1332(c)(1).

v. Defendant Quality Review, LLC had two members, Ruth Hanlon and Terry Hanlon. Ruth Hanlon and Terry Hanlon are both citizens of Florida. Quality Review, LLC was therefore a citizen of Florida for purposes of diversity jurisdiction. *OnePoint Solutions*, 486 F.3d at 346. Quality Review, LLC has been dissolved.

w. Defendant Arkansas SNF Operations Acquisition, LLC has two members, Arkansas Nursing Home Acquisition, LLC and CSCV Holdings, LLC. Arkansas Nursing Home Acquisition, LLC is a single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia. CSCV Holdings, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds. Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland. Brian Reynolds is a citizen of Maryland. Thus, Arkansas SNF Operations Acquisition, LLC is a citizen of Virginia and Maryland for purposes

13

of diversity jurisdiction. *See OnePoint Solutions*, 486 F.3d at 346; *see also* 28 U.S.C. § 1332(c)(1).

x. Defendant SLC Professionals Holdings, LLC has two members, CSCV Consulting, LLC and Arkansas Nursing Home Acquisition, LLC. CSCV Consulting, LLC is a single-member LLC whose sole member is CSCV Holdings, LLC. CSCV Holdings, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds. Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland. Brian Reynolds is a citizen of Maryland. Arkansas Nursing Home Acquisition, LLC is a single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia. Thus, SLC Professionals Holdings, LLC is a citizen of Virginia and Maryland for purposes of diversity jurisdiction. *See OnePoint Solutions*, 486 F.3d at 346; *see also* 28 U.S.C. § 1332(c)(1).

y. Defendant SLC Administrative Services of Arkansas, LLC was a single-member LLC whose sole member was Arkansas SNF Operations Acquisition, LLC. Arkansas SNF Operations Acquisition, LLC has two members, Arkansas Nursing Home Acquisition, LLC and CSCV Holdings, LLC. Arkansas Nursing Home Acquisition, LLC is a single-member LLC whose sole member is Alan Zuccari, and Mr. Zuccari is a citizen of Virginia. CSCV Holdings, LLC has two members, Capital Funding Group, Inc. and Brian Reynolds. Capital Funding Group, Inc. is a Maryland corporation with its principal place of business in Maryland. Brian Reynolds is a citizen of Maryland. Thus, SLC Administrative Services of Arkansas, LLC was a citizen of Virginia and Maryland for purposes of diversity

> jurisdiction. *See OnePoint Solutions*, 486 F.3d at 346; *see also* 28 U.S.C.
> § 1332(c)(1). SLC Administrative Services of Arkansas, LLC has been dissolved.

z. Defendant John Dwyer was a citizen of Maryland as of October 2, 2013. As of the date of this Notice of Removal, Mr. Dwyer is a citizen of Florida.

6. Thus, there is complete diversity between the parties because the Plaintiff is a citizen of Arkansas, and (as set forth in Paragraph 5) none of the Defendants is a citizen of Arkansas.

7. The amount-in-controversy requirement is met because the allegations in the Plaintiff's Complaint show that the amount in controversy exceeds $75,000, excluding interest and costs. *See* Exhibit B (Complaint), ¶¶63, 71, 80 (alleging claims for damages in an amount "exceeding that required by this Court and by federal court jurisdiction in diversity of citizenship cases . . . ."); *see also* 28 U.S.C. § 1446(c)(2).

8. All of the Defendants join in this Notice of Removal and consent to the removal of this action. *See* 28 U.S.C. § 1446(b)(2)(A).

9. This action may be removed to the United States District Court for the Western District of Arkansas, El Dorado Division, because this Court embraces the place where the state-court action is pending, the Circuit Court of Ouachita County, Arkansas. 28 U.S.C. §§ 1441(a), 1446(a).

10. Attached to this Notice of Removal is "Exhibit A," which includes a copy of all state-court process, pleadings, and orders that have been filed in the Removed Action in accordance with 28 U.S.C. § 1446(a).[2]

---

[2] For the Court's convenience, the Defendants have included additional copies of certain pertinent pleadings and orders that are relevant to this Notice of Removal; those additional copies are attached as Exhibits B-C hereto. For the avoidance of doubt, Defendants wish to clarify that Exhibit A is a complete copy of the entire state-court record in the Removed Action.

4848-7029-7373.1

11. A copy of this Notice of Removal is being filed concurrently in the Removed Action in the Circuit Court of Ouachita County, Arkansas. 28 U.S.C. § 1446(d).

12. In the Complaint, the Plaintiff included a demand for a jury trial. The Defendants, however, contend that this case should be decided before an arbitrator pursuant to a valid arbitration agreement. To that end, the Defendants filed a motion to compel arbitration in the Removed Action. This Notice of Removal is being filed subject to, and without waiver of, the Defendants' motion to compel arbitration, which is still pending at the time of this removal.

WHEREFORE, the Defendants hereby give their Notice of Removal of the Removed Action to this Court and respectfully request that this Court grant the Defendants all just and proper relief.

Dated: September 25, 2014                  Respectfully submitted,

                                           **KUTAK ROCK LLP**

                                           By: _____

                                           Mark W. Dossett, AR 95174
                                           Samantha B. Leflar, AR 2010190
                                           Stephen Dacus, AR 2014018
                                           234 East Millsap Road, Suite 200
                                           Fayetteville, AR 72703-4099
                                           (479) 973-4200 Telephone
                                           (479) 973-0007 Facsimile

                                           **Attorneys for Defendants**

4848-7029-7373.1

## CERTIFICATE OF SERVICE

I hereby certify that I served this <u>Notice of Removal</u> by U.S. Mail, postage prepaid, on this 25th day of September, 2014, to:

Mr. William P. Murray, III
WILKES & McHUGH, P.A.
1601 Cherry Street, Suite 1300
Philadelphia, PA 19102

Mr. John V. O'Grady
WILKES & McHUGH, P.A.
1 North Dale Mabry Hwy., Suite 800
Tampa, FL 33609

Robert H. Edwards
THE EDWARDS FIRM, P.L.L.C.
711 West Third Street
Little Rock, AR 72201

Stephen Dacus

4848-7029-7373.1