UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

Eddie B. Robinson, as Administrator for the Estate of
Willie Robinson, Sr., deceased                                                                    PLAINTIFF

v.                          CASE NO.: 1:14-cv-01051-SOH

EOR-ARK, LLC; VAJ LLC; Senior Living Communities of
Arkansas, LLC; SLC Operations Holdings, LLC; SLC Operations,
LLC; Pine Hills Holdings, LLC; Pine Hills Health and
Rehabilitation, LLC, dlb/a Pine Hills Health and Rehabilitation;
SLC Operations Master Tenant, LLC; SLC Properties, LLC; SLC
Property Holdings, LLC; SLC Property Investors, LLC; Arkansas
Nursing Home Acquisition, LLC; CSCV Holdings, LLC; Capital
Funding Group, Inc.; Capital Funding, LLC; Capital Finance, LLC;
Capital SeniorCare Ventures, LLC; ADDIT, LLC; SLC
Professionals of Arkansas, LLC, n/k/a SLC Professionals, LLC;
Senior Vantage Point, LLC; 900 Magnolia Road SW, LLC; Quality
Review, LLC; Arkansas SNF Operations Acquisition, LLC; SLC
Professionals Holdings, LLC; SLC Administrative Services of
Arkansas, LLC; and John Dwyer                                                                      DEFENDANTS

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Eddie B. Robinson, as Administrator for the Estate of the Estate of Willie Robinson, Sr., deceased, in the above named case, pursuant to 28 U.S.C. § 1291 and 9 U.S.C. § 16(a)(3), hereby appeals to the United States Court of Appeals for the Eighth Circuit from the September 28, 2015 Order dismissing Plaintiff's Complaint, a copy of which is attached hereto.

Respectfully submitted,


By: */s/ John V. O'Grady*
    John V. O'Grady (AR 2014044)
    William P. Murray, III (AR 2013033)
    Wilkes & McHugh, P.A.
    One N. Dale Mabry Hwy, Suite 800
    Tampa, FL  33609
    Telephone:  (813) 873-0026
    Facsimile:  (813) 286-8820
    jogrady@wilkesmchugh.com
    wmurray@wilkesmchugh.com

    Deborah Truby Riordan
    Appellate Solutions, PLLC
    d/b/a Riordan Law Firm
    425 West Capitol Ave., Suite 217
    Little Rock, AR 72201
    Telephone:  (501) 235-8235
    Facsimile:  (501) 235-8234
    Email: deb@arklawoffice.com

    Robert H. Edwards
    The Edwards Firm, PLLC
    711 W. Third Street
    Little Rock, AR  72201
    Telephone:  (501) 372-1329
    Facsimile:  (501) 372-1336
    Email: bob@bobedwardslaw.com
    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which shall send notification of such filing to all counsel of record.

Mark W. Dossett, AR 95174
Samantha B. Leflar, AR 2010190
Stephen Dacus, AR 2014018
234 East Milisap Road, Suite 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
Samantha.leflar@kutakrock.com
Mark.dossett@kutakrock.com
Stephen.dacus@kutakrock.com

Attorneys for Defendants


                                         */s/ John V. O'Grady*
                                         John V. O'Grady