# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3406

Eddie B. Robinson, as administrator for the Estate of Willie Robinson, Sr., deceased

Appellant

v.

EOR-ARK, LLC, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - El Dorado
(1:14-cv-01051-SOH)
_____

**MANDATE**

In accordance with the opinion and judgment of 11/14/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 28, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit